UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re

Anthony Charles Voccia,            Case No. 09-33513-DOT
                                                  Chapter 7
    Debtor(s).

**ORDER EXTENDING TIME (1) TO FILE A COMPLAINT TO OBJECT
TO THE DISCHARGE AND (2) TO FILE A MOTION TO
DISMISS PURSUANT TO 11 U.S.C. §707**

This matter came before the Court upon the United States Trustee's Motion To Extend Time (1) To Object To Discharge And (2) To File A Motion To Dismiss Pursuant To 11 U.S.C. §707 (the "Motion"), and it appearing that due notice was given and that good cause exists to grant the relief sought in the Motion, it is hereby ORDERED:

    1.     The Motion is GRANTED.

    2.     Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

    3.     The last day for the United States Trustee or the Chapter 7 Trustee to file a complaint to object to the above captioned Debtor's discharge or to file a motion to dismiss this case is extended through and including November 30, 2009.

    4.     Upon entry, the Clerk is directed to send a copy of this Order to all parties on the service list attached hereto.___

DATE                                                       DOUGLAS O. TICE
                                                              BANKRUPTCY JUDGE
                                                              UNITED STATES BANKRUPTCY COURT

Robert B. Van Arsdale, AUST (Va. Bar No. 17483)
Shannon Franklin Pecoraro, Esq. (Va. Bar No. 46864)
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310
Facsimile (804) 771-2330

I ask for this:


   /s/ Shannon Franklin Pecoraro
Shannon Franklin Pecoraro, Esq.
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219_____

## **CERTIFICATION**

     I hereby certify that this Order has been either served on or endorsed by all necessary parties.


       /s/ Shannon Franklin Pecoraro
       Shannon Franklin Pecoraro

# SERVICE LIST

Anthony Charles Voccia
8804 Boulevard of the Generals
Spotsylvania, VA  22553

Jeanne E. Hovenden, Esq.
P. O. Box 1839
Chesterfield, VA  23832

Harry Shaia, Jr., Esq.
8550 Mayland Drive
Richmond, VA  23294

Shannon Franklin Pecoraro
Trial Attorney
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219_____