**KUTAK ROCK LLP**
Loc Pfeiffer (VSB No. 39632)
Jeremy S. Williams (VSB No. 77469)
1111 East Main Street, Suite 800
Richmond, VA 23219-3500
804-644-1700
  *Counsel to Wachovia Bank, National Association*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE: ANTHONY CHARLES VOCCIA,

                          Case No. 09-33513-DOT
                          Chapter 7

        Debtor.

**ORDER DEFERING DISCHARGE AND EXTENDING TIME TO FILE OBJECTION
TO DISCHARGE OR DISCHARGEABILITY OF DEBT**

THIS MATTER comes before the Court upon the *Motion to Defer the Granting of the Discharge and to Extend Time to File Objection to Discharge or Dischargeability of Debt* (the "Motion") filed by Wachovia Bank, National Association, it appearing that good cause exists as set forth in the Motion to grant the relief herein, that the Motion was served properly upon the Debtor (Anthony Charles Voccia) and his counsel and that no response was filed timely to the Motion, it is

**ORDERED, ADJUDGED AND DECREED THAT**:

1.     The Motion is hereby granted.

2.     The discharge is hereby deferred and the time to file a complaint objecting to the discharge or dischargeability of certain debts is extended to and including October 31, 2009 pursuant to Rules 4004 and 4007 of the Federal Rules of Bankruptcy Procedure.

4811-0991-0532.1

3. No further service of this Order is required because a copy shall be served via the Court's ECF system to counsel for all necessary parties.

ENTERED: _____ _____
UNITED STATES BANKRUPTCY COURT JUDGE

Order submitted by:

/s/ Jeremy S. Williams
**KUTAK ROCK LLP**
Loc Pfeiffer (VSB No. 39632)
Jeremy S. Williams (VSB No. 77469)
1111 East Main Street, Suite 800
Richmond, VA 23219-3500
804-644-1700
*Counsel to Wachovia Bank, National Association*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on September 22, 2009, a true and correct copy of the foregoing was served by on all necessary parties, including counsel for the Debtor and to the Trustee.

By: /s/ Jeremy S. Williams
Counsel